AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

KELLY MCDOUGAL
309 AUTUMN WOOD VILLAGE MHP
ELMORE, AL

**WARRANT FOR ARREST**

Case Number:    2:06CR213-MEF

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ KELLY MCDOUGAL _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with    (brief description of offense)

Conspiracy to Distribute a Controlled Substance; Controlled Substance-Sell, Distribute or Dispence/Aiding & Abetting

in violation of Title ____ 21: 18: ____ United States Code, Section(s) ____ 846, 841; 2 ____

DEBRA P. HACKETT
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

Signature of Issuing Officer

SEPTEMBER 8, 2006, MONTGOMERY, ALABAMA
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |