IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr213-F |
| | ) | |
| CARLOS BADILLO, | ) | |
| KELLY MCDOUGAL, | ) | |
| CHRISTINE ALBIN and | ) | |
| LAWANA ALBIN | ) | |

MOTION TO STRIKE FORFEITURE ALLEGATION CONCERNING FIREARMS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to strike the firearms portion of the forfeiture allegation in the indictment returned September 7, 2006.

The firearm seized in this matter is in the possession of local law enforcement and will be disposed of upon completion of this case.

A proposed Order is filed herewith.

Respectfully submitted this 28th day of September, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201
Montgomery, Alabama 36104
Telephone:(334) 223-7280
Bar Number: 7068-II58J

CERTIFICATE OF SERVICE

    I hereby certify that on September 28, 2006, I electronically filed the foregoing Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **David Cooke, Jr., Christine Freeman** and **Dan Hamm**.

```
/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J
```

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr213-F |
| | ) | |
| CARLOS BADILLO, | ) | |
| KELLY MCDOUGAL, | ) | |
| CHRISTINE ALBIN and | ) | |
| LAWANA ALBIN | ) | |

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED.  It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the firearms portion of the forfeiture allegation is hereby stricken.

DONE this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE