| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: October 25, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 11:00 - 11:14 |

√ ARRAIGNMENT  ❏ CHANGE OF PLEA  ❏ CONSENT PLEA
❏ RULE 44(c) HEARING  ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr213-MEF-VPM  **DEFENDANT NAME:** Kelly McDougal
**AUSA:** Clark Morris standing in for David Cooke  **DEFENDANT ATTORNEY:** Pate DeBardelaben

Type counsel ( )Waived; ( )Retained; (√)CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? (√)NO; ( )YES  Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ ORAL ORDER appointing CJA Panel Attorney Pate DeBardelaben. Notice of Appearance to be filed.
❏ **WAIVER OF INDICTMENT** executed and filed.
❏ **INFORMATION** filed.
❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**  √ Not Guilty
  ❏ Guilty as to:
    ❏ Count(s):
    ❏ Count(s):  ❏ dismissed on oral motion of USA
            ❏ to be dismissed at sentencing

❏ Written plea agreement filed  ❏ **ORDERED SEALED**
❏ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts
√ CRIMINAL TERM:  **11/27/06 ***    ❏ WAIVER OF SPEEDY TRIAL filed.
    **DISCOVERY DISCLOSURE DATE:  10/25/06**
❏ **ORDER:** Defendant continued under ❏ same bond; ❏ summons; for:
    ❏ Trial on _____; ❏ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
    ❏ Trial on _____; or ❏ Sentencing on _____
❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
        ❏ Defendant requests time to secure new counsel

*Defendant would not executed speedy trial waiver at this point.