IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| V. | * CASE NO. 2:06cr213-MEF |
| | * |
| KELLY MCDOUGAL | * |

## WAIVER OF SPEEDY TRIAL RIGHT

The undersigned Kelly McDougal states that she is the same Kelly McDougal charged in the above styled case, and that she consents and agrees to a continuance of the trial of this cause from the present trial term until a subsequent term for this Division; further she states that she hereby waives her right to have a speedy trial herein pursuant to 18 U.S. C. Sec. 3161 and all other applicable federal law and regulations, as said right may entitle her to an earlier trial date.

_Kelly McDougal_

Kelly McDougal

Defendant

Done this the 31st day of October, 2006.

_____

Pate DeBardeleben, Attorney for the Defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable David Cooke, Jr. with the United States Attorney Office by mailing to P.O. Box 197, Montgomery, AL 36101-197 this the 31st day of October, 2006.

_____

Pate DeBardeleben