IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * CASE NO. 2:06 cr 213-MEF | |
| KELLY MCDOUGAL | * | |

## MOTION TO CONTINUE

COMES NOW the above named Kelly McDougal and, through counsel, moves this Court to continue the trial in this cause presently set for November 27, 2006. As grounds for said motion counsel avers the following;

1. Counsel has a previous trial set for this same time.

2. Counsel will need additional time to prepare for trial.

3. A Waiver of Speedy Trial Right has been previously file with this Court.

WHEREFORE, counsel moves this Court to continue the present trial date of November 27, 2006 until a future date.

Respectfully submitted this the 7th day of November, 2006.

Pate DeBardeleben, Attorney for Kelly McDougal

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable David Cooke

by mailing to P.O. Box 197, Montgomery, AL 36101-0197 this the 7th day of November, 2006.

Pate DeBardeleben