IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) CR NO. 2:06-cr-213-MEF |
| | ) |
| CARLOS BADILLO | ) |
| KELLY MCDOUGAL | ) |
| CHRISTINE ALBIN | ) |
| LAWANA ALBIN | ) |

**UNITED STATES' MOTION TO SUBSTITUTE COUNSEL**

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby moves the Court to substitute Assistant United States Attorney Susan R. Redmond as counsel of record for the United States of America in this matter in place of Assistant United States Attorney K. David Cooke.

Respectfully submitted this the 19th of December, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
susan.redmond@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CR NO. 2:06-cr-213-MEF |
| | ) |
| CARLOS BADILLO | ) |
| KELLY MCDOUGAL | ) |
| CHRISTINE ALBIN | ) |
| LAWANA ALBIN | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Tim Halstrom, Pate DeBardeleben, Dan Hamm, and Christine Freeman.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
susan.redmond@usdoj.gov