IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 2:06-CR-213-MEF |
| | ) | |
| KELLY MCDOUGAL | ) | |

## ORDER

Upon consideration of the government's motion for release of prisoner filed on January 8, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Kelly McDougal, to Tom Halasz, DEA, on January 9, 2007, through April 9, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Tom Halasz, DEA, return said prisoner into the custody of the United States Marshals Service when he has finished with her.

Done this the 9th day of January, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE