| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** 2/16/07 |
| **MIDDLE DISTRICT OF ALABAMA** | Digital Recording: 9:13 - 9:21 |

<u>**PRETRIAL CONFERENCE**</u>

| | |
|---|---|
| **PRESIDING MAG. JUDGE. WALLACE CAPEL, JR.** | **DEPUTY CLERK:** Wanda A. Robinson |
| **CASE NUMBER:** 2:06cr213-MEF | **DEFENDANT(S):** Carlos Badillo, Christine Albin, Lawana Albin, Kelly McDougal |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| | * | Timothy Halstrom-Carlos Badillo |
| Susan Redmond | | Christine Freeman - Lawana Albin |
| | | (Standing in For Jennifer Hart) |
| | | Daniel Gary Hamm -Christine Albin |
| | * | Crowell DeBardeleben-Kelly McDougal |
| | * | |

❏ **DISCOVERY STATUS:**        Complete


❏ **PENDING MOTION STATUS:**   Badillo-Oral Motion for Detention


❏ **PLEA STATUS:**             Possible Plea as to all defendants


❏ **TRIAL STATUS**
**3/12/07 Trial Term**


❏ **REMARKS:** Parties to file a Joint Motion to Continue by 2/2l/07 which is unopposed by the Government.

Negotiations and additional proffers ongoing; Defendant Lawana Albin may file a motion to sever if needed.