IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr213-MEF |
| | ) | |
| KELLY MCDOUGAL | ) | |

**ORDER**

Defendant, KELLY MCDOUGAL, has indicated to the court that she wishes to enter a change of plea. Therefore, it is

ORDERED that Defendant, KELLY MCDOUGAL, appear with counsel before the undersigned Magistrate Judge on March 1, 2007 at 1:30 p.m. in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a change of plea.

Defense Counsel is directed to make sure that the attached Consent Form and any Plea Agreement between the parties have been executed prior to the hearing.

The Clerk is directed to provide a court reporter for this proceeding. If Defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce Defendant for this proceeding.

DONE this 28th day of February, 2007.

                                    /s/ Wallace Capel, Jr.
                                    WALLACE CAPEL, JR.
                                    UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO.: |
| | ) | |
| | ) | |
| | ) | |

**CONSENT**

I, _____, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DATED this the ___ day of _____, 2007.

_____
Defendant

_____
Attorney