IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
DIVISION

UNITED STATES OF AMERICA )
)
)
v. )  CR. NO.: 2:06cr-213-MEF
)
Kelly McDougal )
)

### CONSENT

I, Kelly McDougal, hereby declare my intention to enter a plea of guilty in the above case, and after conferring with my lawyer, I hereby consent to have a United States Magistrate Judge conduct the proceedings required by Rule 11 of the Federal Rules of Criminal Procedure incident to the making of such a plea and to adjudicate me guilty based on my plea of guilty. I understand that the District Judge to whom this case is assigned will decide later whether to accept or reject any plea agreement I may have with the United States and will impose sentence.

DATED this the 2nd day of March, 2007.

_____
Defendant

_____
Attorney