COURTROOM DEPUTY MINUTES     DATE     2/2/07     DIGITAL RECORDING:

MIDDLE DISTRICT OF ALABAMA                    COURT REPORTER:     Mitchell Reisner

❏ARRAIGNMENT          xCHANGE OF PLEA          ❏CONSENT PLEA

❏RULE 44(c) HEARING          ❏SENTENCING

| | |
|---|---|
| **PRESIDING MAG. JUDGE:** *WALLACE CAPEL, JR.* | **DEPUTY CLERK:** *WANDA ROBINSON* |
| **CASE NUMBER:** *2:06cr213-MEF* | **DEFENDANT NAME:** *Kelly McDougal* |
| **AUSA:** *Susan Redmond* | **DEFENDANT ATTY:** *Crowell Pate DeBardeleben* |

Type Counsel:      ( ) Waived;  ( ) Retained;  ( ) Panel CJA;  (X) CDO

USPO: _____

De fendant _____ does _____x_____ does NOT need and interpreter.

Interpreter present? __x_____NO _____YES     Name: _____

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**          ❏ Not Guilty                              ❏Nol Contendere

❏Not Guilty by reason of insanity

x❏Guilty as to:

X❏Count(s)_____1_____ of the Felony Indictment.

❏Count(s) _____ ❏ dismissed on oral motion of USA;

❏ to be dismissed at sentencing

**X — ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

X — Written plea agreement filed. ❏ **OPEN/ORAL** Plea Agreement. ❏ **ORDERED SEALED.** ❏ No Plea

Agreement entered

— _____ Days to file pretrial motions.     ❏ _____ Trial date or term.

— **ORDER:** Defendant Continued under ❏ same bond ; ❏ Released on Bond & Conditions of Release

❏ summons; for:

❏ Trial on _____; ❏ Sentencing     ❏ to be set by Separate Order

X— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

❏ Posting a $_____ Bond;

❏ Trial on _____; or   X- Sentencing to be set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.