IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-213-MEF |
| | ) | |
| KELLY McDOUGAL | ) | |

## **O R D E R**

Upon consideration of the government's Motion to Continue Sentencing (Doc. #107) filed on July 30, 2007, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set in this case on August 8, 2007 is continued to January 3, 2008 at 9:00 A.M. at the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this the 31st day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE