IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CR. NO. 2:06cr213-MEF |
| KELLY MCDOUGAL | * | |

**UNOPPOSED MOTION TO SET EARLY SENTENCING DATE**

COMES NOW the above named Kelly McDougal, and through counsel, moves this Court to schedule an early sentencing date for the defendant. As grounds for said motion counsel avers the following;

1. All co-defendants have entered pleas in the above styled case and Kelly McDougal's testimony is no longer required by the government.

2. Ms. McDougal is in a lock down facility at the Autauga Metro Jail.

3. Ms. McDougal's Presentence Report has been completed by United States Probation Officer Kevin Poole.

4. The Assistant United States Attorney Susan Redmond is in agreement with an early sentencing date.

WHEREFORE counsel for Ms. McDougal moves this Court to schedule a sentencing date at it's earliest convenience.

Respectfully submitted this the 26th day of September, 2007.

Pate DeBardeleben, Attorney for the defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-213-0609

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Susan Redmond by mailing to P.O. Box 197, Montgomery, AL 36101-0197 this the 26th day of September, 2007.

*[signature]*

Pate DeBardeleben