IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cr-213-MEF |
| | ) | |
| KELLY McDOUGAL | ) | |

## **O R D E R**

Upon consideration of defendant Kelly McDougal's Unopposed Motion to Set Early Sentencing Date (Doc. #121) filed on September 26, 2007, it is hereby

ORDERED that the motion is GRANTED. The sentencing hearing set in this case for January 3, 2008 is rescheduled for October 18, 2007 at 2:00 P.M. in the United States Courthouse, One Church Street, Courtroom 2A, Montgomery, Alabama.

DONE this 27th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE