IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF THE STATE OF ALABAMA

NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| Plaintiff | * | |
| vs. | * | CASE NO. 2:06cr-213-MEF |
| KELLY MCDOUGAL | * | |
| Defendant | * | |

### RENEWED NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the above named Kelly McDougal, and through counsel, gives notice that she intends to change her plea from not guilty to guilty in the above styled case.

Respectfully submitted this the 26th[th] day of December, 2007.

*/s/ Pate DeBardeleben*

Pate DeBardeleben, Attorney for the Defendant

DEB008

2835 Zelda Road, Montgomery, AL 36106

334-2130609

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Honorable Susan Redmond A.U.S.A. by mailing to P.O. Box 197, Montgomery, AL 36101-197 this the 26th day of December, 2007.

*/s/ Pate DeBardeleben*

Pate DeBardeleben