IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR.NO. 2:06CR213-MEF-02 |
| | ) | |
| KELLY MCDOUGAL | ) | |

## **O R D E R**

Upon consideration of the defendant's Unopposed Motion to Set Early Sentencing Date (Doc. #160) filed on January 11, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 14th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE